### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GABRIEL COWAN METCALF,<br><br>Defendant. | Case No. MJ-23-130-BLG-TJC<br><br>**ORDER SETTING<br>DETENTION HEARING** |

Upon consideration of the Defendant's motion and good cause appearing, it is hereby ORDERED that a Detention Hearing will be held on the \_\_\_\_ day of _____, 2023 at \_\_:\_\_\_\_ \_\_.m.

SO ORDERED this \_\_\_ day of September, 2023

_____
TIMOTHY J. CAVAN
Magistrate Judge